Amore, Appellant, *v.* Beaver County Building & Loan Construction Trade Council.

Argued September 26, 1956. Before STERN, C. J., JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.

*C. John Tillman,* with him *Paul Kern Hirsch, Edwin M. Wallover, Hirsch & Weise,* and *Wallover & Barrickman,* for appellants.

*John D. Ray,* with him *Reed, Ewing & Ray,* for appellees.

OPINION PER CURIAM, November 16, 1956:

The Order in this case is affirmed on the Opinion of President Judge McCREARY of the Court of Common Pleas of Beaver County.

## Thompson Will.